IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| United States of America, | ) | |
|---|---|---|
| | ) | REENTRY COURT PROGRAM |
| v. | ) | |
| | ) | ORDER TO REDUCE |
| Ricky Darnell Simpson | ) | FOR SUCCESSFUL COMPLETION |
| | ) | OF REENTRY COURT |
| Defendant. | ) | (18 U.S.C. 3583(3)(1) |
| | ) | |
| | ) | Docket Number:   1:24CR00221-KES |
| | ) | |

On November 14, 2024, the defendant was accepted as a participant in the Reentry Court Program.   As of October 15, 2025, the defendant successfully completed the Reentry Court Program.

It is recommended by the Reentry Court Team that due to defendant's successful completion of the Reentry Court Program, the defendant's term of Supervised Release is to be reduced by one year, with a new termination date of August 5, 2026.

In accordance with 18 U.S.C. § 3583(3)(1), the Reentry Court Judge orders that a reduction is approved.   The term of Supervised Release imposed on May 17, 2019 (District of Oregon case no. 3:17CR00066-HZ-4), is hereby reduced by one year for defendant's successful completion of the Eastern District of California's Reentry Court Program.

These findings and recommendation are submitted to the District Judge assigned to this action, pursuant to 28 U.S.C. § 636(b)(1)(B) and this Court's Local Rule 302 and shall be considered forthwith without the need for time to respond.

10/31/2025
Date

The Honorable Sheila K. Oberto
United States Magistrate Judge

**IT IS ORDERED** that these findings and recommendations are hereby adopted and approved.   The defendant's term of Supervised Release is reduced by one year, with a new termination date of August 5, 2026.

10/31/2025
Date

The Honorable Kirk E. Sherriff
United States District Judge

cc:   Defendant
    Assistant United States Attorney:   David Gappa
    Defense Counsel:   Kara Ottervanger
    FLU Unit – United States Attorney's Office
    Fiscal Clerk - Clerk's Office